Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Justin R. Cochran, Esq.
Nevada Bar No. 11939
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas  NV  89169
Telephone 702.784.5200
Facsimile 702.784.5252
calexander@swlaw.com
jcochran@swlaw.com

*Attorneys for Defendants Golden West Savings Association Service Co. and Wells Fargo Bank, N.A., successor by merger with Wachovia Mortgage, FSB, fka World Savings Bank, FSB, and sued here as World Savings Bank, FSB and Wachovia Mortgage, FSB*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAROLD DEAN LOGAN,<br><br>                Plaintiff,<br>vs.<br><br>WORLD SAVINGS BANK, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., a California Corporation; FIRST AMERICAN TITLE aka FIRST AMERICAN TITLE INSURANCE COMPANY; TICOR TITLE – RENO aka TICOR TITLE OF NEVADA, INC.; NATIONAL DEFAULT SERVICING CORPORATION; LSI TITLE AGENCY, INC.; WACHOVIA MORTGAGE, FSB; STANLEY S. SILVA, individually; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action],<br><br>                Defendants. | CASE NO. 3:11-CV-00063-RCJ-RAM<br><br>**ORDER FOR DISMISSAL OF THE ACTION** |

12978818.1

1   Defendants Wells Fargo Bank, N.A., successor by merger with Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, sued here as World Savings Bank, FSB and Wachovia Mortgage (collectively, "Wells Fargo Bank, N.A."), and Golden West Savings Association Service Co.'s Motion to Dismiss Plaintiff's Complaint to Quiet Title and other Equitable Relief and to Expunge Lis Pendens, (ECF No. 8), and Defendant LSI Title Agency, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, (ECF No. 11), were heard by District Court Judge Robert C. Jones on April 25, 2011, at 9:00 a.m.

Plaintiff appeared through his counsel, Rick Lawton. Defendants Wells Fargo Bank, N.A and Golden West Savings Association Service Co. appeared through counsel, Justin R. Cochran of Snell & Wilmer L.L.P. and Defendant LSI Title Agency, Inc. appeared through counsel, Neil Ackerman. After reviewing the Motions, Plaintiff's Oppositions thereto and the pleadings and other papers on file; hearing oral argument and good cause appearing:

**IT IS HEREBY ORDERED** that Defendants Wells Fargo Bank, N.A. and Golden West Savings Association Service Co.'s Motion to Dismiss Plaintiff's Complaint to Quiet Title and other Equitable Relief and to Expunge Lis Pendens, (ECF No. 8), and Defendant LSI Title Agency, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, (ECF No. 11), are granted in full.

**IT IS FURTHER ORDERED** that this matter is dismissed with prejudice as to all claims, counterclaims, and cross-claims, by and between the parties, each side to bear their own attorneys' fees and costs. All calendar and trial dates in this matter are hereby vacated.

/ / /

/ / /

/ / /

12978818.1

1 **IT IS FURTHER ORDERED** that the Notice of Pendency of Action recorded by Plaintiff on August 3, 2010 against the real property described as 1928 Kirby Court, Sparks, NV 89434, APN # 030-231-25 as book and instrument number 3908174 is hereby expunged and released in full.

IT IS SO ORDERED this 3rd day of May, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

12978818.1

- 3 -